AMTORG TRADING CORPORATION, Respondent, *v.* NEW YORK INDEMNITY COMPANY, Appellant.

(Argued May 19, 1931; decided June 9, 1931.)

*Sidney J. Loeb* and *Leon M. Prince* for appellant.
*Graham Sumner* and *Otto T. Hess* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.